**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**BRITTANY WILLIAMS**,

  *Plaintiff,*

   v.

**CLARITY SERVICES, INC.,**

  *Defendant.*

Case No. 1:25-cv-00025-RH-MAF

## NOTICE OF SETTLEMENT WITH DEFENDANT CLARITY SERVICES, INC.

In accordance with Local Rule 16.2, the Plaintiff, BRITTANY WILLIAMS ("Plaintiff"), hereby provides notice that Plaintiff and the Defendant, CLARITY SERVICES, INC. ("Defendant"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on March 20, 2025, by:

     **SERAPH LEGAL, P.A.**

     */s/ Megan A. Rosenberg*
     Megan A. Rosenberg, Esq.
     Florida Bar No.: 1005213
     MRosenberg@SeraphLegal.com
     2124 W. Kennedy Blvd., Suite A
     Tampa, FL 33606
     Tel: 813-567-1230 (Ext: 404)
     Fax: 855-500-0705
     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to counsel for all parties.

/s/ Megan A. Rosenberg
Megan A. Rosenberg, Esq.
Florida Bar No.: 1005213