# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**BRITTANY WILLIAMS,**
    **Plaintiff,**

v.                                                  Case No. 1:25cv25-RH-MAF

**CLARITY SERVICES, INC.,**
    **Defendant.**

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement.

                                                        JESSICA J. LYUBLANOVITS
                                                        CLERK OF COURT

<u>March 25, 2025</u>                                       s/ KELLI MALU
Date                                                           Deputy Clerk: Kelli Malu